██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL ROMERO, Appellant. [932 NYS2d 20]—

 No opinion. Prudenti, P.J., Dillon, Florio, Chambers and Sgroi, JJ., concur.